UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK Attorney: EISNER & ASSOCIATES, P.C.

PEDRO MANGOBA PEREZ, JR., ETAL

                                                                       Plaintiff(s)

                             - against -

GUN JAE LEE, ETANO

                                                                      Defendant(s)

Index # 18 CV 1922 ENV RML

Purchased March 29, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 12, 2018 at 12:38 PM at

2 WILLETS LANE
SYOSSET, NY 11791

deponent served the within SUMMONS AND COMPLAINT on THERESA LEE A/K/A TERI LEE therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to SOK KONG a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | SALT & PEPPER | 75 | 5'5 | 145 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2 WILLETS LANE
SYOSSET, NY 11791

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 19, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 19, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | DAVID KLEINBERG |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified in New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | Invoice #: 692394 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045